IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| VERONICA KETTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  1:21-cv-247 |
| v. | ) | |
| | ) | |
| P.A.M. TRANSPORT, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant P.A.M. Transport, Inc. ("Defendant"), hereby notices the removal of this action

pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to the United States District Court for the Northern

District of Indiana, and as grounds therefore states:

**I.      Timeliness of Removal**

1.      On or about May 19, 2021, Plaintiff Veronica Ketton ("Plaintiff") filed a civil

action against Defendant in the Allen County Superior Court, Cause No. 02D03-2105-CT-272.

Copies of the state court pleadings are attached as Exhibit A, as required under 28 U.S.C.

§ 1446(a).

2.      Defendant was served with the Complaint on or about May 25, 2021.

3.      Accordingly, Defendant is timely filing this Notice of Removal within thirty (30)

days after service of process, as required by 28 U.S.C. § 1446(b).

**II.      Venue**

4.      The Allen County Superior Court is located within the Fort Wayne Division of the

United States District Court for the Northern District of Indiana.  28 U.S.C. § 94(b)(1). Therefore,

venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

### III.    Basis for Removal:  Federal Question Jurisdiction

5.    This action is properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.    Plaintiff's Complaint alleges that Defendant discriminated against, harassed and retaliated against her on the basis of her sex (female) and in violation of her federally protected rights under Title VII of the Civil Rights Act of 1964, 42 USC §2000e et seq.

7.    By asserting claims under federal law, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331.  Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

### IV.    Conclusion

8.    In accordance with 28 U.S.C. § 1446, copies of this Notice of Removal will be promptly served upon counsel for all adverse parties and filed with the Clerk of the Allen County Superior Court.  A copy of Defendant's notice of filing to the state court is attached hereto as Exhibit B.

9.    By removing this matter, Defendant does not waive or intend to waive any defense, including but not limited to insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the

2

Allen County Superior Court to the United States District Court for the Northern District of Indiana.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  */s/ Todd J. Kaiser*
Todd J. Kaiser, Atty No. 10846-49
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*todd.kaiser@ogletree.com*

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2021, a copy of the foregoing was served by United States first-class mail, postage prepaid, upon:

Christopher C. Myers
809 S. Calhoun Street
Suite 400
Fort Wayne, IN  46802

*/s/ Todd J. Kaiser*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

47530331.1

3